**Order entered October 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01007-CV

### IN RE J.C. PENNEY COMPANY INC., ET AL., Relators

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00735**

## ORDER

On July 31, 2013, this Court abated this proceeding for sixty days. As sixty days have passed, we **REINSTATE** this original proceeding. We **ORDER** that the parties file a status report regarding this proceeding within five days of the date of this order.

/s/  DAVID EVANS
    JUSTICE